UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE CLEMENTE<br><br>        Plaintiff,<br><br>v.<br><br>BOSCOV'S, INC., and BOSCOV'S DEPARTMENT STORE, LLC,<br><br>        Defendant. | Case No.  1:15-cv-3127- RBK |

## FRCP 41 DISMISSAL

Pursuant to FRCP 41, Plaintiff voluntarily dismisses his individual claims with prejudice. All parties shall be responsible for their own costs and fees.

Dated: October 26, 2015                               BRODSKY & SMITH, LLC

By:*s/ Evan J. Smith*
Evan J. Smith, Esquire
Marc L. Ackerman, Esquire
1040 Kings Highway North, Ste. 601
Cherry Hill, NJ 08034
Tel: 856-795-7250
Fax: 856-795-1799

*Attorneys for Plaintiff*

So Ordered this __29__ day of __Octber__, 20__15__

_[signature]_